UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

                Plaintiff,

        -against-

LINDA GRIFFIN, WARDEN, VERNON C. BAIN CENTER; DEPUTY SUPERINTENDENT LOUDEN, V.C.B.C.; DEPUTY SUPERINTENDENT JONES, V.C.B.C.; DEPUTY SUPERINTENDENT CARTER, V.C.B.C.; CAPTAIN WALDEN, V.C.B.C.,

                Defendants.

21-CV-4205 (ER)

ORDER OF SERVICE

EDGARDO RAMOS, United States District Judge:

        The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Linda Griffin, Warden, Vernon C. Bain Center; Deputy Superintendent Louden, V.C.B.C.; Deputy Superintendent Jones, V.C.B.C., Deputy Superintendent Carter, V.C.B.C., and Captain Walden, V.C.B.C., waive service of summons.

SO ORDERED.

Dated:   October 7, 2021
           New York, New York

                                                EDGARDO RAMOS
                                                United States District Judge