UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON CEPEDA,<br><br>        Plaintiff,<br><br>      -against-<br><br>LINDA GRIFFIN, WARDEN, VERNON C. BAIN CENTER; DEPUTY SUPERINTENDENT LOUDEN, V.C.B.C.; DEPUTY SUPERINTENDENT JONES, V.C.B.C.; DEPUTY SUPERINTENDENT CARTER, V.C.B.C.; CAPTAIN WALDEN, V.C.B.C.,<br><br>        Defendants. | 21-CV-4205 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

  Plaintiff, currently incarcerated at the Robert N. Davoren Center, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants Linda Griffin, Warden, Vernon C. Bain Center; Deputy Superintendent Louden, V.C.B.C.; Deputy Superintendent Jones, V.C.B.C.; Deputy Superintendent Carter, V.C.B.C.; and Captain Walden, V.C.B.C. violated his Eighth and Fourteenth Amendment rights.  On October 27, 2021, the New York City Department of Correction (DOC) filed a waiver of service of summons unexecuted, stating that Defendants Griffin and Walden are no longer employed with the DOC.

  Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  It is therefore ordered that the New York City Law Department, which is the attorney for and agent of DOC, must ascertain the addresses where Defendants Griffin and Walden may be served.  The Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Once the Law Department provides the Court with the addresses, the Court will issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for Defendants Griffin and Walden and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court shall serve a copy of this order on the New York City Law Department at 100 Church Street, New York, NY 10007.  The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 7, 2022
         New York, New York

_____
Edgardo Ramos, U.S.D.J.