UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON CEPEDA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>DEPUTY SUPERINTENDENT LOUDEN, V.C.B.C.; DEPUTY SUPERINTENDENT JONES, V.C.B.C.; DEPUTY SUPERINTENDENT CARTER, V.C.B.C.; CAPTAIN WALDEN, V.C.B.C.; and TANISHA MILLS,<br><br>                    Defendants. | 21 Civ. 4205 (ER)<br><br>ORDER |

EDGARDO RAMOS, United States District Judge:

Plaintiff Ramon Cepeda brings this *pro se* action under 42 U.S.C. § 1983, alleging that the Defendants violated his Eighth and Fourteenth Amendment rights.  Deputy Superintendents Louden, Carter, and Jones waived service on October 27, 2021.  Doc. 13.

On March 9, 2022, the Court directed the Clerk of Court to, among other things, (1) issue a summons for Captain Walden and deliver all documents necessary to effect service on Walden to the U.S. Marshals Service; and (2) substitute Warden Tanisha Mills for Linda Griffin.  Doc. 20.  The Court also requested that Mills waive service of summons.  *Id.*

Service was attempted on Walden on May 26, 2022, however it was unsuccessful.  Cepeda has not requested an extension of time for service as to Walden.  Cepeda is instructed to submit a status report to the Court regarding the status of service on Walden no later than July 8, 2022.

To date, Mills has not waived service of summons.  The Court again requests that Mills waive service of summons.  The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order.

The Clerk of Court is directed to mail a copy of this order to Cepeda and note service on the docket.

SO ORDERED.

Dated: June 24, 2022
       New York, New York

_____
EDGARDO RAMOS
United States District Judge