UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

                        Plaintiff,

          – against –

DEPUTY SUPERINTENDENT LOUDEN, V.C.B.C.; DEPUTY SUPERINTENDENT JONES, V.C.B.C.; DEPUTY SUPERINTENDENT CARTER, V.C.B.C.; CAPTAIN WALDEN, V.C.B.C.; and TANISHA MILLS,

                        Defendants.

**ORDER**

21-cv-4205 (ER)

R\_amos, D.J.:

    Ramon Cepeda, brought this *pro se* action on May 7, 2021 under 42 U.S.C. § 1983, alleging that Defendants Linda Griffin, Warden, Vernon C. Bain Center ("V.C.B.C."); Deputy Superintendent Louden, V.C.B.C.; Deputy Superintendent Jones, V.C.B.C.; Deputy Superintendent Carter, V.C.B.C.; Captain Walden, V.C.B.C.; and Tanisha Mills violated his Eighth and Fourteenth Amendment rights.  Doc 2.  At the time he filed the Complaint he was incarcerated at the Vernon C. Bain Center.  *Id.*  Cepeda notified the Court his address changed to Rikers Island on June 24, 2021.  Doc. 5.  On June 22, 2022, Cepeda informed the Court he had been released and that his address changed to 265 Cherry Street, Apt. 17A, New York, NY 10002.  Doc. 22.

    On May 31, 2023, an initial pre-trial conference was scheduled for June 29, 2023 at 11:30 a.m.  Doc. 36.  Notice of the conference was mailed to Cepeda on June 1, 2023.  However, Cepeda did not appear for the scheduled conference.  Accordingly, **the initial pre-trial**

**conference is hereby rescheduled for July 26, 2023 at 10:00 a.m.** via telephone conference. The parties are reminded to call the Court at (877) 411-9748 and use access code 3029857# when prompted.

Failure to appear for the scheduled conference may result in sanctions, including possible dismissal for failure to prosecute under Federal Rule of Procedure 41(b).

SO ORDERED.

Dated: June 29, 2023
New York, New York

_____
Edgardo Ramos, U.S.D.J.