UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

                Plaintiff,

– against –

GRIFFIN ET AL.,

                Defendants.

**ORDER**

21-cv-4205 (ER)

RAMOS, D.J.

At the initial conference held on July 26, 2023, the Court directed counsel for Defendants to submit a joint case management plan after consulting with Plaintiff.  July 26, 2023 Minute Entry.  A case management plan has yet to be filed.  Counsel for Defendants is directed to send a proposed case management plan to Cepeda.  Cepeda is directed to review the case management plan and, if he agrees with its deadlines, to sign the plan and return it to counsel for Defendants, who will file the case management plan with the Court.  If Cepeda does not agree with the deadlines, the parties are directed to confer and reach agreement.  Counsel for Defendants is directed to submit a status update by February 12, 2024.  The case management conference scheduled for January 26, 2024 is adjourned.

It is SO ORDERED.

Dated:   January 11, 2024
              New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.