UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

                Plaintiffs,

– *against* –

DEPUTY SUPERINTENDENT LOUDEN,
DEPUTY SUPERINTENDENT JONES, DEPUTY
SUPERINTENDENT CARTER, CAPTAIN
WALDEN, *and* TANISHA MILLS,

                Defendants.

**ORDER**

21-cv-04205 (ER)

Ramos, D.J.:

      Ramon Cepeda, who is proceeding *pro se*, brought this action against the State of New York and the Department of Correction on May 7, 2021. Doc. 2. On May 21, 2021, the Court dismissed Cepeda's claims against the State of New York and the Department of Correction and directed the Clerk of Court to add the City of New York as a defendant. Doc. 4. On September 24, 2021, Cepeda filed an amended complaint, adding Warden Linda Griffin, Deputy Superintendent Louden, Deputy Superintendent Jones, Captain Walden, and Deputy Superintendent Carter. Doc. 9.[1] On March 9, 2022, the Court instructed the Clerk of Court to substitute Tanisha Mills for Warden Linda Griffin. Doc. 20. On March 27, 2023, the Court dismissed the case against Captain Walden for failure to execute service under Federal Rule of Civil Procedure 4(m). Doc. 34. On February 23, 2024, Defendants filed a status letter noting that they sent a letter to Cepeda if he was willing to work with Defendants to agree on a proposed discovery plan and scheduling order. Since then, there has been no activity in this case.

      Cepeda is directed to submit a status letter by no later than April 28, 2025. Failure to do

---

[1] The amended complaint did not include the City of New York as a defendant. *See* Doc. 9.

so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: April 14, 2025
       New York, New York

                                                                    EDGARDO RAMOS, U.S.D.J.