UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

      Plaintiffs,

– *against* –

DEPUTY SUPERINTENDENT LOUDEN,
DEPUTY SUPERINTENDENT JONES, DEPUTY
SUPERINTENDENT CARTER, CAPTAIN
WALDEN, *and* TANISHA MILLS,

      Defendants.

**ORDER**

21-cv-04205 (ER)

Ramos, D.J.:

  The Court issued an order on April 14, 2025 directing Ramon Cepeda, who is proceeding *pro se*, to submit a status letter by no later than April 28, 2025. Doc. 48. The Court noted that failure to do so could result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *Id.* In response to the Court's order, on April 28, 2025, Cepeda filed a letter requesting the appointment of *pro bono* counsel and guidance to appeal the "dismissal" of his § 1983 claim. Doc. 49.

  The Court advises Cepeda that it has not dismissed any of the claims in his amended complaint. However, the Court has dismissed two of the defendants named in the amended complaint: Captain Walden and Warden Linda Griffin. *See* Docs. 20, 34. In addition, on February 15, 2024, the Court denied Cepeda's previous application for the appointment of *pro bono* counsel. Doc. 45. His current request for *pro bono* counsel is again denied.

  Cepeda is directed again to submit a status letter by no later than **May 30, 2025**. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

  It is SO ORDERED.

2

Dated: May 2, 2025
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.