UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

               Plaintiff,

– *against* –

DEPUTY SUPERINTENDENT LOUDEN,
DEPUTY SUPERINTENDENT JONES, DEPUTY
SUPERINTENDENT CARTER, CAPTAIN
WALDEN, *and* TANISHA MILLS,

               Defendants.

**ORDER**

21-cv-04205 (ER)

Ramos, D.J.:

    The Court issued an order on May 2, 2025 directing Cepeda to submit a status letter by May 30, 2025. Doc. 50. In response to the Court's order, on May 9, 2025, Cepeda filed a letter explaining that he has been trying to get an attorney on his case and that he is going to write again to the City Bar Justice Center "to ask … if they are going to assign him an attorney." Doc. 51. Cepeda is directed to file a status update by June 14, 2025 regarding his potential representation.

    It is SO ORDERED.

Dated:   May 15, 2025
           New York, New York

                                                                      EDGARDO RAMOS, U.S.D.J.