UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON CEPEDA,<br><br>                Plaintiff,<br><br>– against –<br><br>DEPUTY SUPERINTENDENT LOUDEN, DEPUTY SUPERINTENDENT JONES, DEPUTY SUPERINTENDENT CARTER, CAPTAIN WALDEN, *and* TANISHA MILLS,<br>                Defendants. | **ORDER**<br><br>21-cv-04205 (ER) |

Ramos, D.J.:

    Defendants are directed to submit a status letter by no later than June 14, 2025.

    It is SO ORDERED.

Dated:   May 15, 2025
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.