UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

                Plaintiff,

– against –

DEPUTY SUPERINTENDENT LOUDEN,
DEPUTY SUPERINTENDENT JONES, DEPUTY
SUPERINTENDENT CARTER, CAPTAIN
WALDEN, and TANISHA MILLS,

                Defendants.

**ORDER**

21-cv-04205 (ER)

Ramos, D.J.:

       The Court issued an order on May 15, 2025 directing Ramon Cepeda, who is proceeding *pro se*, to submit a status letter by June 14, 2025. Doc. 52. In response to the Court's order, on June 3, 2025, Cepeda submitted a letter requesting *pro bono* counsel pursuant to 28 U.S.C. § 1915(e). Doc. 56. The Court has already denied Cepeda's two previous requests for the appointment of *pro bono* counsel on February 15, 2024 and May 2, 2025. Docs. 45, 50. His current request for *pro bono* counsel is again denied.

       At the initial conference held on July 26, 2023, the Court directed counsel for Defendants to submit a joint case management plan after consulting with Cepeda. During the summer 2023, counsel for Defendants sent a proposed case management plan to Cepeda. *See* Doc. 44.[1] In response, according to counsel for Defendants, Cepeda returned the proposed case management plan without comment. *See id.*

       On January 11, 2024, the Court directed counsel for Defendants to send a proposed case management plan to Cepeda. Doc. 42. The Court also directed Cepeda to review the case

---

[1] Counsel for Defendants do not specify the exact date that they sent the proposed case management plan to Cepeda. Doc. 44.

management plan and if he agreed with its deadlines, to sign the plan and return it to counsel for Defendants, who would then file the case management plan with the Court. *Id.* The Court explained that if Cepeda did not agree with the deadlines, the parties should continue to negotiate and reach agreement. *Id.*

On January 22, 2024, counsel for Defendants sent Cepeda a revised proposed case management plan. Doc. 44-1. In response, on January 24, 2024, Cepeda sent a letter stating that he believes that he cannot appropriately address the proposed case management plan without legal assistance and that he was waiting on the Court's response to his request for *pro bono* counsel. Doc. 44-2. As already noted, on February 15, 2024, Cepeda's request for an appointment of *pro bono* counsel was denied. Doc. 45.

Cepeda is again directed to confer with counsel for Defendants on a proposed case management plan. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Counsel for Defendants are directed to file the proposed case management plan by July 11, 2025.

It is SO ORDERED.

Dated:   June 6, 2025
         New York, New York

                                                EDGARDO RAMOS, U.S.D.J.