UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CEPEDA,

                Plaintiff,

– against –

DEPUTY SUPERINTENDENT LOUDEN,
DEPUTY SUPERINTENDENT JONES, DEPUTY
SUPERINTENDENT CARTER, CAPTAIN
WALDEN, and TANISHA MILLS,

                Defendants.

**ORDER**

21-cv-04205 (ER)

Ramos, D.J.:

      The Court issued an order on June 6, 2025 directing Ramon Cepeda, who is proceeding *pro se*, to confer again with counsel for Defendants on a proposed management plan. Doc. 57.[1] The Court explained that if Cepeda failed to do so, it could result in the dismissal of the case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *Id.* The Court also directed counsel for Defendants to file the proposed case management plan by July 11, 2025. *Id.*

      On June 9, 2025, counsel for Defendants sent Cepeda a proposed case management plan asking for his input on each item and requested that Cepeda respond by June 24, 2025. Doc. 58-1. Cepeda responded to Defendants' proposed case management plan in a letter also dated June 9, 2025. Doc. 62-2. Cepeda explained in his letter that, "I would like to inform you that I am interested in proceeding with the case as soon as possible. However, because I am a *pro se* unskilled litigant that does not know the law to do any discovery or interrogatories, etc. I cannot perform these legal chores." *Id.* Cepeda also noted that he has not yet retained representation. *Id.*

---

[1] It was the second time that the Court has had to so order Cepeda. *See* Docs. 42, 57.

On July 7, 2025, counsel for Defendants filed a letter with the Court attaching a proposed case management plan. Doc. 62. The Court will issue Defendants' proposed case management plan with some changes. For approximately two years, the Court has directed Cepeda to confer with counsel for Defendants to submit a case management plan on consent, and Cepeda has refused to do so without legal representation, Docs. 42, 44, 48, 57, despite the fact that the Court has denied Cepeda's four previous requests for the appointment of *pro bono* counsel. Docs. 39, 45, 50, 57.

Cepeda is advised that it is his responsibility to move forward with this case. If Cepeda does not comply with the dates set forth in the case management plan or otherwise move the case forward, the case may be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:  July 10, 2025
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2