

**THE CITY OF NEW YORK**

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KENDRA ELISE RIDDLEBERGER**
kriddleb@law.nyc.gov
212-356-4377

May 14, 2026

**MEMO ENDORSED**

at page 2

**VIA ECF**
The Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Ramon Cepeda v. Griffin, et al.*  21-cv-4205 (ER)

Your Honor:

This office represents Defendants Deputy Superintendent Louden, Deputy Superintendent Jones, Deputy Superintendent Carter and Tanisha Mills ("Defendants") in the above referenced action. On March 16, 2026, see ECF 81, Your Honor granted Defendants' letter motion to stay discovery until May 16, 2026 to allow the Parties time to discuss a potential settlement. Pursuant to your Order, Defendants write to update the Court on the status of discussions.

To date, Plaintiff has provided Defendants' counsel with access to his medical records so that Defendants could evaluate the matter for settlement. Defendants have reviewed the records, and are in the process of seeking settlement authority and hope to begin negotiations with Plaintiff shortly.

As such, Defendants request that the Court stay discovery for an additional 60 days. This is the Defendants' second request for a 60 day stay in discovery and is made on the grounds that it will enable the parties additional time to discuss settlement. If Your Honor grants this extension, Defendants will submit another status letter update by Wednesday, July 15, 2026.

Defendants respectfully submit this request for the Court's consideration. Additionally, as the Plaintiff in this matter is an incarcerated individual, this office was unable to seek his consent on this request. Defendants thank the Court for its consideration.

Respectfully,

/s/ *Kendra Elise Riddleberger*
Kendra Elise Riddleberger
Assistant Corporation Counsel

**CC:   via ECF and USPS**

Ramon Cepeda
DN # 23B4321
Fishkill Correctional Facility
271 Matteawan Road,
P.O. Box 1245
Beacon, NY 12508-0307

The request is granted.  Discovery is stayed until July 15, 2026.  Defendants are further directed to file a status update by that date.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 15, 2026
New York, New York

2