THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MAYA JOSEFA GARCIA**
*Assistant Corporation Counsel*
maygarcia@law.nyc.gov
212-356-1986

**MEMO ENDORSED**
at page 2

November 13, 2026

**VIA ECF**

The Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Ramon Cepeda v. Griffin et al., 21 Civ. 4205 (ER)

Your Honor:

This office represents Defendants Deputy Superintendent Louden, Deputy Superintendent Jones, Deputy Superintendent Carter and Tanisha Mills ("Defendants") in the above referenced action. On September 14, 2026, see ECF No. 92, Your Honor granted Defendants' letter motion to stay discovery until November 13, 2026 to allow the Parties time to discuss a potential settlement. Pursuant to your Order, Defendants write to update the Court on the status of discussions.

For background, Plaintiff, who is proceeding *pro se*, is an incarcerated individual at Fishkill Correctional Facility. Plaintiff brings claims related to, *inter alia*, the conditions of confinement at Rikers Island during the COVID-19 pandemic. In their September update to the Court, Defendants informed Your Honor that the Parties had two discussions regarding settlement, however that further conversations were needed on the subject.

Since this last update, despite further conversations, the Parties have not been able to reach a settlement agreement and do not foresee reaching an agreement at this time. As such, Defendants reached out to Plaintiff to propose a new joint discovery schedule to present to the Court. However, Plaintiff represented that he would request an additional 60-day stay in discovery, until Tuesday, January 12, 2027, at which time he would confer with Defendants on a new proposed discovery schedule.

Defendants consent to Plaintiff's request for an additional 60-day stay in discovery, until Tuesday, January 12, 2027. This is the fifth request for a 60-day stay in discovery. While Defendants consent to Plaintiff's request, Defendants are eager to resolve this matter and do not anticipate making further stay requests on their own behalf.

If Your Honor grants this extension, Defendants will submit another status letter update by Tuesday, January 12, 2027. In the alternative, Defendants request that the Court grant Defendants leave to file a proposed new discovery schedule for Your Honor's review and approval. Defendants respectfully submit this request for the Court's consideration.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Maya Josefa Garcia*
Maya Josefa Garcia
Assistant Corporation Counsel

**CC: via ECF and USPS**
Ramon Cepeda
DN # 23B4321
Fishkill Correctional Facility
271 Matteawan Road
P.O. Box 1245
Beacon, NY 12508-0307

The discovery stay is extended to December 16, 2026. If the parties have not reached a settlement agreement before the stay expires, the parties are directed to submit a new proposed joint discovery schedule by December 16, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 16, 2026
New York, New York